1  McGREGOR W. SCOTT
   United States Attorney
2  OWEN ROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7
8                  IN THE UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,            CASE NOS.  2:17-CR-196; 2:17-CR-219;
                                        2:17-CR-222; 2:17-CR-234; 2:18-CR-009;
12                         Plaintiff,   2:18-CR-010; 2:18-CR-034; 2:18-CR-035;
                                        2:18-CR-036; 2:18-CR-037; 2:18-CR-038;
13                         v.           2:18-CR-044; 2:18-CR-054

14 JUSTIN JOHNSON et al.,               STIPULATION REGARDING EXCLUDABLE
                                        TIME PERIODS UNDER SPEEDY TRIAL ACT;
15                       Defendants.    FINDINGS AND ORDER

16                                      DATE: April 26, 2018
                                        COURT: Hon. Troy L. Nunley
17

18                            **STIPULATION**

19        1.    This stipulation concerns the thirteen indicted cases noted in the caption, which all arise

20 out of a common investigation.  The thirteen cases concern twenty-seven different defendants, who are

21 each identified in connection with their respective counsel in the signature pages of this stipulation.

22        2.    By previous order, each of the thirteen matters was set for status on April 26, 2018.

23        3.    By this stipulation, the Government and counsel for the defendants now move to continue

24 the status conferences to a series of new dates, as follows:

25             a)     July 19, 2018: 2:17-cr-196; 2:17-cr-219; 2:18-cr-036; 2:18-cr-038

26             b)     July 26, 2018: 2:17-cr-222; 2:18-cr-009

27             c)     Aug. 2, 2018:  2:18-cr-044; 2:17-cr-234

28             d)     Aug. 9, 2018:  2:18-cr-010; 2:18-cr-034; 2:18-cr-035; 2:18-cr-037; 2:18-cr-054

STIPULATION REGARDING EXCLUDABLE TIME        1
PERIODS UNDER SPEEDY TRIAL ACT

1    4.    The parties also seek to exclude time between April 26, 2018, and the noted four dates,

2    per the indictments listed under each date, under Local Codes T2 and T4.

3    5.    The parties agree and stipulate, and request that the Court find the following:

4    a)    As of this stipulation, the Government has produced more than 400 pages of

5    written discovery to the defendants as a group, as well as 45 DVDs containing audio and visual

6    surveillance recordings.  (Each defendant has also received a copy of his or her criminal history,

7    if one exists, and a small amount of additional written discovery has been produced to a subset of

8    defendants.)  Going forward, the Government anticipates producing hundreds of additional pages

9    of discovery, which will include wiretap-related documents pursuant to the Court's April 12,

10   2018 protective order, and additional DVDs containing wiretap data and additional surveillance

11   evidence.

12   b)    At this time, the Government understands that the previously appointed

13   discovery-coordination attorney (the "DCA") is processing the discovery that the Government

14   has produced (as noted in the foregoing paragraph) and making it available to defense counsel.

15   c)    At this time, Counsel for the defendants desire additional time to review the

16   discovery now being distributed by the DCA.  This review will enable counsel to begin

17   reviewing the charges against their respective clients, conduct ancillary research, and consult

18   with their respective clients on how to proceed in their cases.

19   d)    Counsel for the defendants believe that failure to grant the above-requested

20   continuances would deny them the reasonable time necessary for effective preparation, taking

21   into account the exercise of due diligence.

22   e)    The government does not object to the continuances.

23   f)    Based on the above-stated findings, the ends of justice served by continuing the

24   case as requested outweigh the interest of the public and the defendant in a trial within the

25   original date prescribed by the Speedy Trial Act.

26   g)    Further, given that the discovery in this case arises from a single investigation and

27   is being produced to the twenty-seven defendants in the noted thirteen cases, the Court has

28   previously designated the matter as "complex" for the purpose of providing an exclusion of time

1  under Local Code T2.  The parties submit that the foregoing stipulation provides a continued

2  basis for such an exclusion.

3          h)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

4  et seq., within which trials must commence, the time periods of April 26, 2018 to the dates of

5  July 19, July 26, August 2, and August 9, 2018, as noted in this stipulation, inclusive, are deemed

6  excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because they result

7  from continuances granted by the Court at the defendants' requests on the basis of the Court's

8  finding that the ends of justice served by taking such action outweigh the best interest of the

9  public and the defendants in speedy trials.

10          i)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11  et seq., within which trials must commence, the time periods of April 26, 2018 to the dates of

12  July 19, July 26, August 2, and August 9, 2018, as noted in this stipulation, inclusive, are deemed

13  excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (ii) because they result from continuances

14  granted by the Court at defendants' requests on the basis of the Court's finding that the matters

15  are sufficiently complex that it would be unreasonable to expect adequate preparation absent the

16  exclusions of time.

17      6.  Nothing in this stipulation and order shall preclude a finding that other provisions of the

18  Speedy Trial Act dictate that additional time periods are excludable from the periods within which trials

19  must commence.

20      IT IS SO STIPULATED.

21  Dated:  April 13, 2018                  McGREGOR W. SCOTT
                                         United States Attorney

22

23                                          /s/ OWEN ROTH
                                        OWEN ROTH

24                                          Assistant United States Attorney

25  **For continuance to July 19, 2018:**

26  Dated:  April 13, 2018                  /s/ MATTHEW BOCKMON

27                                          MATTHEW BOCKMON
                                        Counsel for Defendant Justin Johnson

28                                          Case No. 2:17-cr-196

1

Dated:  April 13, 2018                          /s/ JESSICA GRAVES
2                                                JESSICA GRAVES
                                                 Counsel for Defendant Erica Umbay
3                                                Case No. 2:17-cr-219

4
Dated:  April 13, 2018                          /s/ CHRISTOPHER R. COSCA
5                                                CHRISTOPHER R. COSCA
                                                 Counsel for Defendant Stephanie Lavan
6                                                Case No. 2:18-cr-036

7
Dated:  April 13, 2018                          /s/ TONI LASHAY WHITE
8                                                TONI LASHAY WHITE
                                                 Counsel for Defendant Daisy Gonzalez
9                                                Case No. 2:18-cr-038

10
Dated:  April 13, 2018                          /s/ MICHAEL CHASTAINE
11                                               MICHAEL CHASTAINE
                                                 Counsel for Def. Jose Heredia-Trinidad
12                                               Case No. 2:18-cr-038

13
**For continuance to July 26, 2018:**
14
Dated:  April 13, 2018                          /s/ SHARI RUSK
15                                               SHARI RUSK
                                                 Counsel for Defendant Aldo Arellano
16                                               Case No. 2:17-cr-222

17
Dated:  April 13, 2018                          /s/ KELLY BABINEAU
18                                               KELLY BABINEAU
                                                 Counsel for Defendant Rachel Felix
19                                               Case No. 2:17-cr-222

20
Dated:  April 13, 2018                          /s/ TASHA P. CHALFANT
21                                               TASHA P. CHALFANT
                                                 Counsel for Defendant Raul Barajas
22                                               Case No. 2:18-cr-009

23

24
Dated:  April 13, 2018                          /s/ ALIN CINTEAN
25                                               ALIN CINTEAN
                                                 Counsel for Def. Israel Covarrubias
26                                               Case No. 2:18-cr-009

27
Dated:  April 13, 2018                          /s/ MICHAEL E. HANSEN
28                                               MICHAEL E. HANSEN
                                                 Counsel for Defendant Milton Escobedo
                                                 Case No. 2:18-cr-009

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

2   Dated:  April 13, 2018                        /s/ CLEMENTE JIMENEZ
                                                 CLEMENTE JIMENEZ
                                                 Counsel for Def. Jose Madrigal-Vega
3                                                Case No. 2:18-cr-009

4
    Dated:  April 13, 2018                        /s/ PHILIP COZENS
5                                                PHILIP COZENS
                                                 Counsel for Defendant Victor Magana
6                                                Case No. 2:18-cr-009

7
    Dated:  April 13, 2018                        /s/ ROBERT M. WILSON
8                                                ROBERT M. WILSON
                                                 Counsel for Defendant Trevor White
9                                                Case No. 2:18-cr-009

10
    **For continuance to August 2, 2018:**
11
    Dated:  April 13, 2018                        /s/ SHARI RUSK
12                                               SHARI RUSK
                                                 Counsel for Defendant Michael Do
13                                               Case No. 2:18-cr-044

14
    Dated:  April 13, 2018                        /s/ STEPHEN B. PLESSER
15                                               STEPHEN B. PLESSER
                                                 Counsel for Defendant Patrick Botello
16                                               Case No. 2:17-cr-234

17
    Dated:  April 13, 2018                        /s/ DAVID M. GARLAND
18                                               DAVID M. GARLAND
                                                 Counsel for Defendant Ashley Habash
19                                               Case No. 2:17-cr-234

20
    Dated:  April 13, 2018                        /s/ J. TONEY
21                                               J. TONEY
                                                 Counsel for Defendant Brenda Miranda
22                                               Case No. 2:17-cr-234

23

24  Dated:  April 13, 2018                        /s/ DAVID D. FISCHER
                                                 DAVID D. FISCHER
25                                               Counsel for Def. Mercedez Silva-Sims
                                                 Case No. 2:17-cr-234
26

27  Dated:  April 13, 2018                        /s/ DINA L. SANTOS
                                                 DINA L. SANTOS
28                                               Counsel for Defendant Ricardo Villa
                                                 Case No. 2:17-cr-234

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

5

Dated: April 13, 2018                          /s/ KYLE R. KNAPP
                                               KYLE R. KNAPP
                                               Counsel for Defendant Joshua Sims
                                               Case No. 2:17-cr-234

**For continuance to August 9, 2018:**

Dated: April 13, 2018                          /s/ TODD D. LERAS
                                               TODD D. LERAS
                                               Counsel for Defendant Edgar Jimenez
                                               Case No. 2:18-cr-010

Dated: April 13, 2018                          /s/ CLYDE BLACKMON
                                               CLYDE BLACKMON
                                               Counsel for Defendant James Masterson
                                               Case No. 2:18-cr-010

Dated: April 13, 2018                          /s/ CANDICE L. FIELDS
                                               CANDICE L. FIELDS
                                               Counsel for Defendant Reggie Pajimola
                                               Case No. 2:18-cr-010

Dated: April 13, 2018                          /s/ KYLE R. KNAPP
                                               KYLE R. KNAPP
                                               Counsel for Defendant Joshua Sims
                                               Case No. 2:18-cr-010

Dated: April 13, 2018                          /s/ TIMOTHY E. WARRINER
                                               TIMOTHY E. WARRINER
                                               Counsel for Defendant John Lemus
                                               Case No. 2:18-cr-034

Dated: April 13, 2018                          /s/ MICHAEL B. BIGELOW
                                               MICHAEL B. BIGELOW
                                               Counsel for Defendant Carlos Martinez
                                               Case No. 2:18-cr-035

Dated: April 13, 2018                          /s/ ERIN J. RADEKIN
                                               ERIN J. RADEKIN
                                               Counsel for Def. Asencion Jimenez
                                               Case No. 2:18-cr-037

Dated: April 13, 2018                          /s/ RONALD PETERS

STIPULATION REGARDING EXCLUDABLE TIME                    6
PERIODS UNDER SPEEDY TRIAL ACT

RONALD PETERS
Counsel for Def. Blas Gonzalez-Ramirez
Case No. 2:18-cr-054

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 19th day of April, 2018.

_____
Troy L. Nunley
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT