McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00034-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JOHN LEMUS, | DATE: April 4, 2019 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 4, 2019.

2. By this stipulation, the defendant now moves to continue the status conference until May 16, 2019, at 9:30 a.m., and to exclude time between April 4, 2019, and May 16, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 14,000 pages and several hours of recorded telephone conversations. All of this discovery has been produced directly to counsel.

| | |
|---|---|
| 1 | b) Defense counsel desires additional time to review the discovery, |
| 2 | conduct research into the case, to discuss the case with her client, and otherwise |
| 3 | prepare for trial in this matter. |
| 4 | c) Counsel for defendant believes that failure to grant the above- |
| 5 | requested continuance would deny her the reasonable time necessary for effective |
| 6 | preparation, taking into account the exercise of due diligence. |
| 7 | d) The government does not object to the continuance. |
| 8 | e) Based on the above-stated findings, the ends of justice served by |
| 9 | continuing the case as requested outweigh the interest of the public and the |
| 10 | defendant in a trial within the original date prescribed by the Speedy Trial Act. |
| 11 | f) For the purpose of computing time under the Speedy Trial Act, 18 |
| 12 | U.S.C. § 3161, et seq., within which trial must commence, the time period of April 4, |
| 13 | 2019, to May 16, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ |
| 14 | 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted |
| 15 | by the Court at defendant's request on the basis of the Court's finding that the ends |
| 16 | of justice served by taking such action outweigh the best interest of the public and |
| 17 | the defendant in a speedy trial. |

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 28, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: March 28, 2019         /s/ TIM WARRINER
                              TIM WARRINER
                              (as authorized on March 28, 2019)
                              Counsel for Defendant
                              JOHN LEMUS

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 28th day of March, 2019.

Troy L. Nunley
United States District Judge