Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
John Lemus

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00034 TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE |
| vs. | |
| JOHN LEMUS, | |
| Defendant. | |

The parties hereby stipulate that the date for judgment and sentencing be continued to **June 11, 2020 at 9:30 a.m.** and that the following schedule concerning the PSR be adopted:

| | | |
|---|---|---|
| Informal Objections Delivered To Probation Officer and Opposing Counsel | : | May 14, 2020 |
| Final PSR Filed | : | May 21, 2020 |
| Motion for Correction of PSR Filed | : | May 28, 2020 |
| Reply or Statement of Non-Opposition | : | June 4, 2020 |

1

DATED: April 2, 2020                    /s/ Justin Lee, Assistant U.S. Attorney

DATED: April 2, 2020                    /s/ Timothy E. Warriner, Attorney for
                                        Defendant

## ORDER

It is hereby ordered that the date for judgment and sentencing is continued to June 11, 2020 at 9:30 a.m. The court adopts the stipulation of the parties concerning the pre-sentence report.

DATED: April 2, 2020

_____
Troy L. Nunley
United States District Judge