Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
John Lemus

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-00034 TLN |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE |
| vs. | ) |
| JOHN LEMUS, | ) |
| Defendant. | ) |

The parties hereby stipulate that the date for judgment and sentencing be continued to **August 6, 2020 at 9:30 a.m.** and that the following schedule concerning the PSR be adopted:

| | | |
|---|---|---|
| Informal Objections Delivered To Probation Officer and Opposing Counsel | : | July 9, 2020 |
| Final PSR Filed | : | July 16, 2020 |
| Motion for Correction of PSR Filed | : | July 23, 2020 |
| Reply or Statement of Non-Opposition | : | July 30, 2020 |

1

DATED: June 9, 2020 /s/ Justin Lee, Assistant U.S. Attorney

DATED: June 9, 2020 /s/ Timothy E. Warriner, Attorney for Defendant

## ORDER

It is hereby ordered that the date for judgment and sentencing is continued to August 6, 2020 at 9:30 a.m. The court adopts the above stipulation of the parties concerning the pre-sentence report.

DATED: June 9, 2020

_____
Troy L. Nunley
United States District Judge