Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
John Lemus

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN LEMUS,<br><br>　　　　Defendant. | Case No. 2:18-cr-00034 TLN<br><br>STIPULATION AND ORDER CONTINUING VIOLATION HEARING AND RELEASING DEFENDANT |

　　　　This matter is currently set for an admit/deny hearing on September 2, 2021. The parties jointly request that the Court continue the admit/deny hearing to September 30, 2021, at 9:30 a.m.

　　　　In addition, pending resolution of the supervised violation petition, the parties jointly request that the Court enter an order releasing the defendant under the continued supervision of the Probation Officer and subject to the terms of supervised release imposed on September 10, 2020.  Since his arrest on the pending supervised release petition, the defendant has secured a new residential plan that has been approved by the Probation Officer.

| | |
|---|---|
| DATED: September 1, 2021 | /s/ Justin Lee, Assistant U.S. Attorney |
| DATED: September 1, 2021 | /s/ Timothy E. Warriner, Attorney for Defendant |

## ORDER

It is hereby ordered that the date for the admit/deny hearing is continued to September 30, 2021 at 9:30 a.m. Mr. Lemus is ordered released to the supervision of the U.S. Probation Officer subject to the terms of supervised release imposed on September 10, 2020.

DATED:  September 1, 2021

_____
Troy L. Nunley
United States District Judge