| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>September 1, 2021<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

JOHN LEMUS,

    Defendant.

Case No. 2:18-CR-00034 -TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JOHN LEMUS, Case No. 2:18-CR-00034-TLN, Charge 18 U.S.C. § 3606, from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

        _____ Unsecured Appearance Bond $ _____

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        (Other): Released to the supervision of the U.S. Probation

    **X** Officer subject to the terms of supervised released imposed on September 10, 2020.

Issued at Sacramento, California on September 1, 2021.

    By: _____

        District Judge Troy L. Nunley