PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN LEMUS, <br><br> Defendant. | CASE NO. 2:18-CR-00034-TLN <br><br> ORDER DISMISSING PETITION <br><br> DATE: December 9, 2021 <br> TIME: 9:30 a.m. <br> COURT: Hon. Troy L. Nunley |

**ORDER**

Based on the United States' Motion to Dismiss, it is HEREBY ORDERED that the supervised release petition (ECF 57) is dismissed against the above-captioned defendant. The Admit/Deny Hearing scheduled for December 9, 2021, is VACATED.

DATED: December 8, 2021

Troy L. Nunley
United States District Judge